**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL GRIBE, derivatively on behalf of VESTIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY SCOTT, RICK DILLON, PHILLIP HOLLOMAN, RICHARD BURKE, TRACY JOKINEN, LYNN MCKEE, DOUG PERTZ, MARY ANNE WHITNEY, and ENA WILLIAMS,<br><br>Defendants,<br><br>and<br><br>VESTIS CORPORATION,<br><br>Nominal Defendant. | Case No. 1:25-CV-02726-TWT |

**ORDER**

Having considered the motion to stay the above-captioned derivative action (the "Stay Motion") filed jointly by Plaintiff Michael Gribe, Nominal Defendant Vestis Corporation, and Defendants Kimberly Scott, Phillip Holloman, Richard Burke, Tracy Jokinen, Lynn McKee, Doug Pertz, Mary Anne Whitney, Ena Williams, and Rick Dillon (together, the "Parties"):

**IT IS HEREBY ORDERED THAT:**

1. The Stay Motion is granted.
2. This case is stayed until further ordered by this Court pending resolution of the motion to dismiss, including exhaustion of appeals, which is currently on file with this Court in the parallel class action case captioned *Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund v. Vestis Corporation et al*., Case No. 1:24-CV-02175-SDG.
3. The Parties shall abide by the additional terms and conditions of the stay set forth in the Stay Motion.

IT IS SO ORDERED this 18th day of June, 2025.

Thomas W. Thrash

The Honorable Thomas W. Thrash
United States District Judge