**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE VESTIS CORPORATION DERIVATIVE LITIGATION | Case No. 1:25-cv-02726-TWT<br><br>(Consolidated) |

NOTICE OF PARTIAL VOLUNTARY DISMISSAL
**PURSUANT TO FED. R. CIV. P. 23.1 AND 41(a)(2)**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1 and 41(a)(2), plaintiff Lawrence Hollin ("Plaintiff Hollin") voluntarily dismisses his individual claims in the above-captioned consolidated derivative action (the "Consolidated Derivative Action") with prejudice as to Plaintiff Hollin only.

WHEREAS, two related stockholder derivative actions on behalf of Vestis Corporation ("Vestis") were filed in this Court, captioned *Gribe v. Scott et al.*, 1:25-cv-02726-TWT (filed May 16, 2025) (the "*Gribe* Action") and *Hollin v. Scott et al.*, 1:25-cv-04498-TWT (filed August 8, 2025) (the "*Hollin* Action") (together, the "Related Actions");

WHEREAS, on September 11, 2025, the Court entered an Order which, among other things, consolidated the Related Actions into the Consolidated Derivative Action;

WHEREAS, this Notice is not intended to dismiss the entirety of the

Consolidated Derivative Action or have any effect on the claims of Plaintiff Michael Gribe in the Consolidated Derivative Action;

WHEREAS, Defendants[1] have served neither an answer nor a motion for summary judgment in the Consolidated Derivative Action;

WHEREAS, neither Plaintiff Hollin nor his counsel have received or been promised any consideration in exchange for this dismissal; and

WHEREAS, because of the continued pendency of the Consolidated Derivative Action, Plaintiff Hollin respectfully submits that notice to the Vestis shareholders pursuant to Fed. R. Civ. P. 23(c) is unnecessary.

THEREFORE, Plaintiff Hollin respectfully requests that the Court enter an Order dismissing Plaintiff Hollin's individual claims only in the Consolidated Derivative Action.

October 30, 2025

**WEBB, KLASE & LEMOND, LLC**

*/s/ G. Franklin Lemond, Jr.*

G. Franklin Lemond, Jr.
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9594
Email: franklin@webbllc.com

*Liaison Counsel for Plaintiffs*

[1] "Defendants" means Kimberly Scott, Phillip Holloman, Richard Burke, Tracy Jokinen, Lynn McKee, Doug Pertz, Mary Anne Whitney, Ena Williams, Rick Dillion, and Vestis Corporation, collectively.

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Hollin*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on October 30, 2025, by filing a copy using the CM/ECF System, which constitutes service on all counsel having appeared as record.

*/s/ G. Franklin Lemond, Jr.*
G. Franklin Lemond, Jr.